DAVID FELLMETH, an Infant, by LEON J. FELLMETH and MARY E. FELLMETH, His Guardians ad Litem, Respondent, v. CITY OF YONKERS, Appellant.— The corporation counsel was without power to waive the requirements of section 244

of the Second Class Cities Law. (*Winter* v. *City of Niagara Falls*, 190 N. Y. 198; *Merwin* v. *City of Utica*, 172 App. Div. 51.) The order is, therefore, reversed, upon the law and the facts, with ten dollars costs and disbursements, and the motion to dismiss the complaint granted, with ten dollars costs. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.